IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDERICO A. DACENZO, JR.,

    Petitioner

v.

VINCENT MOONEY, *et al.,*

    Respondents

CIVIL NO. 3:18 -CV-0892

(Judge Caputo)

# O R D E R

**AND NOW**, this **17th** day of **OCTOBER 2019**, upon consideration of Mr. Dacenzo's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and the parties' briefs, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Respondent's amended motion for extension of time to file a response to the petition (ECF No. 16) is **GRANTED.**

2. The Court will accept Respondent's Response (ECF No. 17) as timely filed.

3. The petition for writ of habeas corpus (ECF No. 1) filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Courts shall **CLOSE** this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**